# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133981

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 133981
                                  COA: 274884
                                  Oakland CC: 2005-202815-FH
                                                          2005-203186-FC

JAMES ALVIN SLOTKOWSKI,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 28, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND these cases to the Oakland Circuit Court for correction of the judgments of sentence to reflect that the restitution ordered shall be joint and several with the codefendant. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal for the reasons stated in her dissent in *People v Conway*, 474 Mich 1140 (2006).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                             _____
                                                    Clerk

p0830